KENDRA MAE HOLMES
342 CARVER ST
ROLLING FORK, MS 39159

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AARON'S
1601 E N FRONTAGE RD
VICKSBURG, MS 39180

CHECK INTO CASH
2312 E. TRINITY MILLS
CARROLLTON, TX 75006

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

CREDIT ONE
PO BOX 98872
LAS VEGAS, NV 89193

GEICO
P.O. BOX 55126
BOSTON, MA 02203-5126

I C SYSTEM
ATTN: BANKRUPTCY
P.O. BOX 64378
ST. PAUL, MN 55164

JEFFERSON CAPITAL SYST
P.O. BOX 7999
SAINT CLOUD, MN 56302-9617

MAILBOX FORWARDING INC
2885 SANFORD AVE SW
GRANDVILLE, MI 49418

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD
SUITE B
GEER, SC 29651

REPUBLIC FINANCE LLC
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

RESURGENT CAPITAL
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29602

T-MOBILE
P.O. BOX 37380
ALBUQUERQUE, NM 87176

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072