# United States Bankruptcy Court
## Southern District of Mississippi

In re **Kendra Mae Holmes** Case No. **26-02807**
Debtor(s) Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **November 6, 2026**

**/s/ Kendra Mae Holmes**
**Kendra Mae Holmes**
Signature of Debtor

KENDRA MAE HOLMES
342 CARVER ST
ROLLING FORK, MS 39159

JEFFERSON CAPITAL SYST
P.O. BOX 7999
SAINT CLOUD, MN 56302-9617

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MAILBOX FORWARDING INC
2885 SANFORD AVE SW
GRANDVILLE, MI 49418

AARON'S
1601 E N FRONTAGE RD
VICKSBURG, MS 39180

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD
SUITE B
GEER, SC 29651

CHECK INTO CASH
2312 E. TRINITY MILLS
CARROLLTON, TX 75006

REPUBLIC FINANCE LLC
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

RESURGENT CAPITAL
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29602

CREDIT ONE
PO BOX 98872
LAS VEGAS, NV 89193

T-MOBILE
P.O. BOX 37380
ALBUQUERQUE, NM 87176

GEICO
P.O. BOX 55126
BOSTON, MA 02203-5126

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

GUARANTY BANK***
210 N. HAYDE STREET
BELZONI, MS 39038

TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072

I C SYSTEM
ATTN: BANKRUPTCY
P.O. BOX 64378
ST. PAUL, MN 55164